1110

No. 93–8035.  GOINS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–8049.  BALOG v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 3d Cir.  Certiorari denied.

No. 93–8070.  MIKHAIL v. RAILROAD RETIREMENT BOARD. C. A. 9th Cir.  Certiorari denied.

No. 93–8208.  ISRAEL, AKA BRYANT v. UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 93–8255.  STREETER v. ALABAMA.  C. A. 11th Cir.  Certiorari denied.

No. 93–8295.  WARREN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–8299.  STARKEY v. HENDERSON.  C. A. 9th Cir.  Certiorari denied.

No. 93–8428.  CULP v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 93–8474.  SHERMAN v. COMMUNITY CONSOLIDATED SCHOOL DISTRICT 21 OF WHEELING TOWNSHIP, ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 93–8509.  MURPHY v. COUNTY OF WESTCHESTER ET AL. C. A. 2d Cir.  Certiorari denied.

No. 93–8512.  MAXWELL v. ARVONIO.  C. A. 3d Cir.  Certiorari denied.

No. 93–8513.  CASTRO LOPEZ v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 93–8517.  MEEKS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–8527.  RAY v. ERVIN ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–8529.  PRESSLEY v. MEDLOCK, ATTORNEY GENERAL OF SOUTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.